**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

FILED

NOV 2 5 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| KENNETH HOYD SEABOURN, | § | |
| SID# 02676969, TDCJ# 00526970, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | MO-00-CA-065 |
| | § | |
| MARTIN COUNTY SHERIFF'S | § | |
| DEPARTMENT, et al., | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

On this day the Court entered an Order granting Defendants' Motion for Summary Judgment dismissing all of Plaintiff's claims. The Court now enters its Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is ORDERED that Defendants' Motion for Summary Judgment be GRANTED.

It is ORDERED that all of Plaintiff's claims be DISMISSED WITH PREJUDICE.

It is ORDERED that each party bear its own costs.

It is ORDERED that all pending motions are DENIED AS MOOT.

Signed this 25th day November, 2002.

ROYAL FURGESON
UNITED STATES DISTRICT JUDGE